UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAHI ESCANDON,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, ACTING<br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 1:21-cv-00464-DAD-GSA<br><br>**ORDER VACATING OLD SCHEDULING ORDER AND DIRECTING CLERK TO ISSUE NEW SCHEDULING ORDER** |

    The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, it is **ORDERED** that the previously issued scheduling order, Doc. 5, is **VACATED** and the Clerk of Court is **DIRECTED** to **ISSUE** the revised social security scheduling order which dispenses with the confidential letter briefing requirement and sets forth a 45-45-15 day briefing timeline on the motion for summary judgment.

IT IS SO ORDERED.

    Dated:   **February 18, 2022**              **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE