PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone: 510-970-4810
   Facsimile: 415-744-0134
   Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| SARAHI ESCANDON, | Civil No. 1:21-cv-00464-DAD-GSA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Opening Brief in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Opening Brief is due August 11, 2022. This is Defendant's first request for an extension of this deadline.

2. Counsel for the Commissioner is consulting with his client about the defensibility of this case. Counsel for the Commissioner believes that this short extension may resolve this matter without

necessitating this Court to address the merits of this matter.  Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 12, 2022, respond to Plaintiff's Opening Brief.

Date: *August 6, 2022*          PEÑA & BROMBERG, PLC

                                By:   */s/ Caspar Chan for Jonathan Pena\**
                                JONATHAN PENA
                                *Authorized by email on August 6, 2022*
                                Attorneys for Plaintiff

Date: *August 6, 2022*          PHILIP A. TALBERT
                                United States Attorney
                                Eastern District of California

                                By:   */s/ Caspar Chan*
                                CASPAR CHAN
                                Special Assistant United States Attorney
                                Attorneys for Defendant

                                ORDER

IT IS SO ORDERED.

   Dated:   **August 6, 2022**            */s/ Gary S. Austin*
                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28