UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAHI ESCANDON,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, ACTING<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 1:21-cv-00464-DAD-GSA<br><br>**ORDER REMANDING CASE PURSUANT TO STIPULATION** |

Pursuant to stipulation, Doc. 26, it is ORDERED that this case be remanded pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The Clerk of the Court is DIRECTED to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:  **September 16, 2022**                **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE